```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ALTRIA GROUP,                              :        06 Civ. 09430 (RJH)
                                           :
                Plaintiff,         :
                                           :
-against-                                  :        **ORDER**
                                           :
UNITED STATES of AMERICA,                  :
                                           :
                Defendant.         :
                                           :
------------------------------------------------------------x

The pre-trial conference scheduled for April 21, 2009 is rescheduled to April 22, 2009, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
April 13, 2009
SO ORDERED:

                                                          Richard J. Holwell
                                                          United States District Judge